# EXHIBIT A

Supreme Court of the State of New York
County of Nassau
-----------------------------------------------------------------X
IRIS LEGUM,

                                            *Plaintiff*,

            —against—

TESLA MOTORS INC. and TESLA MOTORS NEW YORK, LLC,

                                            *Defendants*.

## Summons

Index No. 1/17

Filed: January 2, 2017

Plaintiff designates Nassau County as the place for trial. The basis of venue is plaintiff's residence, 1 Meadow Lane, Lawrence, New York.



-----------------------------------------------------------------X

To the above named defendants:

    You are hereby summoned to answer the complaint in this action and to serve a copy of your answer upon the plaintiff's attorney whose address is stated below, within twenty (20) days after service of this summons, exclusive of the day of service, or within thirty (30) days after service is complete if this summons is not personally delivered to you within the State of New York, and in the case of your failure to appear and answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:  Mineola, New York
           December 30, 2016

                                            STEVEN G. LEGUM
                                            *Attorney for Plaintiff*
                                            170 OLD COUNTRY ROAD
                                            MINEOLA, NEW YORK 11501-4307
                                            (516) 873-9300

                                      by: _____
                                              STEVEN G. LEGUM

Supreme Court of the State of New York
County of Nassau
-----------------------------------------------------------------X
IRIS LEGUM,

                                      Plaintiff,

            —against—

TESLA MOTORS INC. and TESLA MOTORS NEW YORK, LLC,

                                      Defendants.
-----------------------------------------------------------------X

**VERIFIED COMPLAINT**
Index No.

    Plaintiff, by her attorney, STEVEN G. LEGUM, as and for her complaint, respectfully alleges:

    1. Upon information and belief, defendant Tesla Motors Inc. is a foreign corporation licensed to do business in the State of New York.

    2. Upon information and belief, defendant Tesla Motors New York, LLC is a limited liability company existing by virtue of and under the laws of the State of New York.

    3. Upon information and belief, Tesla Motors New York, LLC is an automobile dealer licensed to do business in the State of New York.

    4. On or about September 17, 2014 plaintiff purchased an automobile from the defendants, to wit: a 2010 Tesla Roadster, VIN 5YRE1A39A1001154 (the "Vehicle").

    5. The vehicle was sold to the plaintiff with a warranty pursuant to which the defendant Tesla Motors New York, LLC agreed to the following:

> The dealer will pay 100% of the labor and 100% of the parts for the covered systems that fail during the warranty period.
>
> Duration: 37 month, 37k miles from the date of CPO delivery (including the battery) – $0.00.

    6. The Vehicle remains covered in that it is within 37 months from the date of delivery and the Vehicle has been driven less than 37,000 miles.

    7. The battery in the Vehicle is and has been, since delivery, defective and has failed to properly perform.

8. Plaintiff has notified the defendants of the defect and has requested that the battery be repaired or replaced.

9. Defendants have failed and refused to repair or replace the battery.

### FIRST CAUSE OF ACTION

10. The battery is the most expensive component on the Vehicle, is covered by the warranty, and its defect constitutes a material breach of the contract.

11. By virtue of the foregoing, defendants have breached the contract of sale.

12. By virtue of the foregoing, plaintiff has suffered and sustained damage in the sum of $29,000.00, together with sales tax thereon.

### SECOND CAUSE OF ACTION

13. Plaintiff has requested, on multiple occasions, that the defendants honor the terms of the warranty.

14. But for the warranty, the plaintiff would not have purchased the Vehicle.

15. By virtue of the failure to honor the warranty, plaintiff has demanded that the defendants return the purchase price to the plaintiff and has offered to return the Vehicle.

16. Defendants have failed and refused to respond thereto.

17. By virtue of the foregoing, plaintiff is entitled to the sum of $90,000.00 together with sales tax and registration fees.

WHEREFORE, plaintiff respectfully prays for judgment on the first cause of action in the sum of $29,000.00, together with sales tax to be imposed thereon and on the second cause of action in the sum of $90,000.00, together with sales tax and registration fees, and interest, costs, and disbursements.

Dated: Mineola, New York
       December 30, 2016

STEVEN G. LEGUM
*Attorney for Plaintiff*

-2-

170 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
(516) 873-9300

by: _____
STEVEN G. LEGUM

-3-

Supreme Court of the State of New York
County of Nassau

-----------------------------------------------------------------X
IRIS LEGUM,

                                          *Plaintiff*,

        —against—

TESLA MOTORS INC. and TESLA MOTORS NEW YORK, LLC,

                                          *Defendants*.
-----------------------------------------------------------------X

**VERIFICATION**
Index No.

STATE OF NEW YORK  )
                               ) ss.:
COUNTY OF NASSAU  )

    IRIS LEGUM, being duly sworn, deposes and says:

    Your deponent is a party to the action, as set forth in the caption above. Your deponent has read the foregoing and knows the content thereof to be true, except as to matters alleged upon information and belief, and as to those matters, your deponent believes them to be true.

                                                      _____
                                                           IRIS LEGUM

Sworn to before me this
30th day of December, 2016.

STEVEN G. LEGUM
*Notary Public*
State of New York
Qualified in Nassau County
No. 02LE4721741
Commission expires May 31, 2018

# Supreme Court of the State of New York
## County of Nassau

IRIS LEGUM,

*Plaintiff,*

—against—

TESLA MOTORS INC. and TESLA MOTORS NEW YORK, LLC,

*Defendants.*

## SUMMONS and VERIFIED COMPLAINT

STEVEN G. LEGUM
*Attorney for Plaintiff*
170 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
(516) 873-9300

---

Service of a copy of the papers annexed hereto is hereby admitted.

Dated:

_____
*Attorney(s) for*




SERVED BY SERVICO SINCE 1734 WWW.SERVICO.COM SPECIALISTS IN ALL LEGAL PAPERS

 **CT Corporation**

**Service of Process Transmittal**
01/26/2017
CT Log Number 530583875

**TO:** Legal Department
Tesla Motors, Inc.
45500 Fremont Blvd
Fremont, CA 94538-6326

**RE:** Process Served in New York

**FOR:** Tesla Motors, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Iris Legum, Pltf. vs. Tesla Motors Inc. and Tesla Motors New York, LLC, Dfts. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Verified Complaint, Verification, Attachment |
| **COURT/AGENCY:** | Nassau County: Supreme Court, NY<br>Case # 117 |
| **NATURE OF ACTION:** | Product Liability Litigation - Breach of Warranty - 2010 Tesla Roadster - VIN: 5YRE1A39A1001154 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/26/2017 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | steven G. Legum<br>170 Old Cuntry Road<br>Mineola, NY 11501<br>516-873-9300 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/27/2017, Expected Purge Date: 02/01/2017<br><br>Image SOP<br><br>Email Notification, Legal Department  legal@teslamotors.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 111 Eighth Avenue<br>13th Floor<br>New York, NY 10011 |
| **TELEPHONE:** | 212-590-9070 |

Page 1 of  1 / KP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

DOS 466 (Rev. 10/09)

**DEPARTMENT OF STATE**
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231-0001

Return Services Requested


USPS CERTIFIED MAIL


9214 8969 0059 7936 1982 69

201701200063
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
13TH FLOOR
NEW YORK CA, 10011

State of New York - Department of State
Division of Corporations

Party Served:
TESLA MOTORS, INC.

Plaintiff/Petitioner:
LEGUM, IRIS

CT CORPORATION SYSTEM
111 EIGHTH AVENUE
13TH FLOOR
NEW YORK, CA 10011

Dear Sir/Madam:
Enclosed herewith is a legal document which was served upon the Secretary of State on 01/09/2017 pursuant to SECTION 306 OF THE BUSINESS CORPORATION LAW. This copy is being transmitted pursuant to such statute to the address provided for such purpose.

Very truly yours,
Division of Corporations



# CT Corporation

**Service of Process Transmittal**
01/26/2017
CT Log Number 530584061

**TO:** Legal Department
Tesla Motors, Inc.
45500 Fremont Blvd
Fremont, CA 94538-6326

**RE:** **Process Served in New York**

**FOR:** Tesla Motors New York LLC (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Iris Legum, Pltf. vs. Tesla Motors Inc. and Tesla Motors New York LLC, Dfts. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Verified Complaint, Verification, Attachment(s) |
| **COURT/AGENCY:** | Nassau County: Supreme Court, NY<br>Case # 117 |
| **NATURE OF ACTION:** | Property Damage Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/26/2017 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Steven G. Legum<br>170 Old Country Road<br>Mineola, NY 11501-4307<br>516-873-9300 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/27/2017, Expected Purge Date: 02/01/2017<br><br>Image SOP<br><br>Email Notification, Legal Department legal@teslamotors.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 111 Eighth Avenue<br>13th Floor<br>New York, NY 10011 |
| **TELEPHONE:** | 212-590-9070 |

Page 1 of 1 / RM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

DOS 470 (Rev. 10/0)

**DEPARTMENT OF STATE**
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231-0001

Return Services Requested

**USPS CERTIFIED MAIL**

9214 8969 0059 7936 1982 83

201701200064
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK NY, 10011

State of New York - Department of State
Division of Corporations

Party Served:
TESLA MOTORS NEW YORK LLC

Plaintiff/Petitioner:
LEGUM, IRIS

C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

Dear Sir/Madam:
Enclosed herewith is a legal document which was served upon the Secretary of State on 01/09/2017 pursuant to SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW. This copy is being transmitted pursuant to such statute to the address provided for such purpose.

Very truly yours,
Division of Corporations