

D+F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

IRIS LEGUM,

                Plaintiff

vs.

TESLA MOTORS INC. and TESLA MOTORS
NEW YORK LLC,

                Defendants.
_____

**ORDER REMANDING TO STATE COURT**

Civil Action No. 2:17-cv-02857

On May 10, 2017 Defendants TESLA, INC., formerly known as TESLA MOTORS INC. and TESLA MOTORS NEW YORK LLC filed Notice of Removal pursuant to 28 U.S.C. § 1442(a). See Dkt. No. 1.

On May 17, 2017, Plaintiff and Defendants TESLA, INC., formerly known as TESLA MOTORS INC. and TESLA MOTORS NEW YORK LLC filed a Stipulation in which they agreed to the remand of this action to the New York Supreme Court, County of Nassau. See Dkt. No. 6.

Based upon this Stipulation, the Court hereby

**ORDERS** that the action is remanded to the New York State Supreme Court, County of Nassau; and the Court further

**ORDERS** that the Clerk of the Court shall mail a certified copy of this Order to the Clerk of the New York State Supreme Court, County of Nassau as 28 U.S.C. § 1447 (c) requires.

**IT IS SO ORDERED.**

Dated: CENTRAL ISLIP, NY
       5/19/17

s/LEONARD D. WEXLER
U.S.D.J.
_____
Leonard D. Wexler
United States District Judge